LOUISE R. HENDRIX ET AL. *v.* CLIFFORD R. HENDRIX, JR.

ALCORN, C. J., HOUSE, THIM, RYAN and SHAPIRO, Js.

Assigned June 2—decided June 2, 1970

PER CURIAM. No counsel for any party appeared to argue this appeal on the date the case was assigned for hearing.

The appeal is dismissed.